**Order filed, April 3, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00233-CV

_____

**THE MONTROSE MANAGEMENT DISTRICT AND THE PUBLIC OFFICIALS; CLAUDE WYNN, RANDY MICHMORE, CASSIE STINSON, KATHY HUBBARD, BRAD NAGAR, ROBERT JARA, BOBBY HUEGEL, DANA THORPE, LANE LLEWELLYN, DAVID ROBINSON, MICHAEL GROVER, RANDY ELLIS AND BILL CALDERON, Appellant**

**V.**

**1620 HAWTHORNE, LTD, Appellee**

---

**On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2012-20396**

---

## ORDER

The reporter's record in this case was due **March 28, 2013**.  _See_ Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Jodi Masera**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM